AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 USC sec. 1546(a)-False Statement on an Immigration Document; 18 U.S.C. sec 1001- False Statement to U.S.;18 U.S.C. sec. 371-Conspiracy

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**

18 U.S.C. 1546(a): 10 years; $250,000 fine; 3 years supervised release; $100 special assessment
18 U.S.C. 1001 and 371: 5 years; $250,000 fine; 3 years supervised release; $100 special assessment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

▶ DORIS AKUYOMA ANYANWU

**DISTRICT COURT NUMBER**

CR 07 0677

SI

---

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Allison Marston Danner

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: no bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT   ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

─── OFFENSE CHARGED ───

18 USC sec. 1546(a)-False Statement on an Immigration Document; 18 U.S.C. sec. 371-Conspiracy to Make False Statement to U.S.

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

DEFENDANT - U.S.
▶ ANDREW IHENTUGE ASHIEGBU

DISTRICT COURT NUMBER
CR 07 0677  SI

PENALTY:
18 U.S.C. 1546(a): 10 years; $250,000 fine; 3 years supervised release; $100 special assessment
18 U.S.C. 371: 5 years; $250,000 fine; 3 years supervised release; $100 special assessment

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y   ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Allison Marston Danner

─── DEFENDANT ───

IS NOT IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l   ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?   ☐ Yes   ☐ No   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☑ WARRANT   Bail Amount: no bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO




07 OCT 25 PM 2:07

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SI

---

UNITED STATES OF AMERICA,

V.

DORIS AKUYOMA ANYANWU
ANDREW IHENTUGE ASHIEGBU

**CR 07 0677**

---

DEFENDANT.

---

## INDICTMENT



---

INDICT

A true bill.

_____
Foreman

Filed in open court this ____ day of
_____, 200_

BETTY FONG
Clerk

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

Bail, $ _____
No Bail Warrant



SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 07 0677

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 1546(a)– False Statement on Immigration Document (Counts One and Two); 18 U.S.C. § 1001– False Statement to an Agency of the United States (Count Three); 18 U.S.C. § 371 – Conspiracy (Count Four) |
| v. | |
| DORIS AKUYOMA ANYANWU and ANDREW IHENTUGE ASHIEGBU, | |
| Defendants. | **(Under Seal)** |

INDICTMENT

The Grand Jury charges:

COUNT ONE:      18 U.S.C. § 1546(a)– False Statement on an Immigration Document

1.     On or about December 5, 2005, in the Northern District of California and elsewhere, the defendant

DORIS AKUYOMA ANYANWU,

did knowingly subscribe as true a false statement with respect to a material fact in a Worksheet

INDICTMENT

1  for Status as a Temporary Resident under Section 245A of the Immigration and Naturalization
2  Act, a document required by the immigration laws and regulations, in violation of Title 18,
3  United States Code, Section 1546(a).
4
5  COUNT TWO:    18 U.S.C. § 1546(a)– False Statement on an Immigration Document
6      2.    On or about February 2, 2006, in the Northern District of California and
7  elsewhere, the defendant
8                             ANDREW IHENTUGE ASHIEGBU
9  did knowingly subscribe as true a false statement with respect to a material fact in Declaration for
10 CSS/LULAC Legalization and Life Act Adjustment, a document required by the immigration
11 laws and regulations, in violation of Title 18, United States Code, Section 1546(a).
12
13 COUNT THREE:    18 U.S.C. § 1001– False Statement to an Agency of the United States
14     3.    On or about October 3, 2006, in the Northern District of California, the defendant
15                            DORIS AKUYOMA ANYANWU,
16 in matter within the jurisdiction of the United States Citizenship and Immigration Service, did
17 knowingly and wilfully make a material false statement to the United States Citizenship and
18 Immigration Service, an agency of the United States, by stating that she had lived with
19 ANDREW ASHIEGBU between 1981 and 1989 in Tulsa, Oklahoma, in violation of Title 18,
20 United States Code, Section 1001.
21
22 COUNT FOUR:    18 U.S.C. § 371 – Conspiracy to Make False Statements to an Agency of
23                       the United States
24     4.    Beginning on a date unknown to the Grand Jury, but by no later than on or about
25 February 2, 2006 and continuing to on or about December 6, 2006, in the Northern District of
26 California and elsewhere, the defendants
27                            DORIS AKUYOMA ANYANWU and
                           ANDREW IHENTUGE ASHIEGBU
28

INDICTMENT

2

1  and other persons did knowingly and intentionally conspire to commit an offense against the
2  United States, in that the defendants did knowingly and wilfully conspire to make material false
3  statements to the United States Citizenship and Immigration Service, an agency of the United
4  States, in violation of Title 18, United States Code, Section 1001.

5  <u>OVERT ACTS</u>

6  5.  In furtherance of the conspiracy and to effect the objects thereof, a member of the
7  conspiracy committed the following overt act, among others, in the Northern District of
8  California:
9  a.  On or about November 6, 2006, defendant DORIS AKUYOMA
10 ANYANWU did knowingly and wilfully make a material false statement in a letter sent to the
11 United States Citizenship and Immigration Service offices in San Francisco.
12 All in violation of Title 18, United States Code, Section 371.

13
14 DATED:  10-25-07                          A TRUE BILL.
15
16                                           _____
                                             FOREPERSON
17 SCOTT N. SCHOOLS
   United States Attorney
18
19
20 KYLE F. WALDINGER
   Deputy Chief, Major Crimes Section
21
22 (Approved as to form: _____ )
                         AUSA Danner
23
24
25
26
27
28

INDICTMENT
3