1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  ALLISON MARSTON DANNER (CASBN 195046)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7144
7     Fax: (415) 436-7234
      Email: allison.danner@usdoj.gov
8
   Attorneys for Plaintiff
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,        ) No.
                                      )
15 |     Plaintiff,                   ) UNITED STATES' APPLICATION TO
                                      ) SEAL INDICTMENT AND [PROPOSED]
16 | v.                               ) ORDER
                                      )
17 | DORIS AKUYOMA ANYANWU and        ) (UNDER SEAL)
     ANDREW IHENTUGE ASHIEGBU,        )
18                                    )
         Defendants.                  )
19 | _____)

20

21     The government hereby moves the Court for an order sealing the indictment, this motion,

22  and the Court's sealing order until further order of the Court. Defendant Doris Akuyoma

23  Anyanwu is a citizen of Nigeria. Co-defendant Andrew Ashiegbu is her brother-in-law. The

24  United States is concerned that Anyanwu poses a risk of flight if she learns of the indictment in

25  this matter before she is arrested and brought before the Court for her initial appearance. Should

26  the Court grant this motion, the government intends to ask the Court to unseal the indictment at

27  Anyanwu's initial appearance. The United States requests that this Court order the Clerk of the

28  Court to furnish copies of the arrest warrant to the United States Attorney's Office and to Special

UNITED STATES' APPLICATION
TO SEAL INDICTMENT

| | |
|---|---|
| 1 | Agents of Immigration and Customs Enforcement. The United States also requests copies of the |
| 2 | sealed Indictment and this Application and Order. |

DATED: October 25, 2007           Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_/s/ Allison M. Danner_
ALLISON M. DANNER
Assistant United States Attorney

**[PROPOSED] ORDER**

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the indictment, this motion, this sealing order, and all related papers shall be sealed until further order of the Court. The Clerk of the Court is ordered to furnish copies of the Indictment and arrest warrant in this matter to the United States Attorney's Office and to Special Agents of Immigration and Customs Enforcement. The Clerk of the Court is also ordered to furnish copies of the United States' Sealing Application and this Sealing Order to the United States Marshals Service, Special Agents of Immigration and Customs Enforcement, and the U.S. Attorney's Office..

DATED: October __, 2007           _____
                                   EDWARD M. CHEN
                                   United States Magistrate Judge

UNITED STATES' APPLICATION
TO SEAL INDICTMENT