1    SCOTT N. SCHOOLS (SC 9990)
     United States Attorney

2

3    BRIAN J. STRETCH (CSBN 163973)
     Chief, Criminal Division

4    ALLISON MARSTON DANNER (CSBN 195046)
     Assistant United States Attorney

5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102-3495
     Telephone: (415) 436-7144
7    FAX: (415) 436-7234
     Email: allison.danner@usdoj.gov

8
     Attorneys for the United States
9

                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13   UNITED STATES OF AMERICA,            )    No. CR 07-0677 SI
                                          )
14          Plaintiff,                    )    **UNITED STATES' APPLICATION TO**
                                          )    **UNSEAL THE ENTIRE CASE FILE**
15          v.                            )
                                          )
16   DORIS AKUYOMA ANYANWU and            )
     ANDREW IHENTUGE ASHIEGBU,            )
17                                        )
            Defendants.                   )
18   _____ )

19          The United States hereby moves this Court to UNSEAL the entire case file in the above-

20   captioned matter following the arrest of ANDREW ASHIEGBU on November 1, 2007.

21

22   DATED: November 1, 2007                Respectfully submitted,

23                                          SCOTT N. SCHOOLS
                                            United States Attorney
24

25

26                                          ALLISON M. DANNER
                                            Assistant United States Attorney
27

28

     UNSEALING APPLICATION
     CR 07-0677 SI