1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  ALLISON MARSTON DANNER (CABN 195046)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7144
7      Facsimile: (415) 436-7234
       E-Mail: allison.danner@usdoj.gov
8
9  Attorneys for the United States

10              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                      SAN FRANCISCO DIVISION
12
13 UNITED STATES OF AMERICA,        )
                                    )   No. CR 07-0654 CRB
        Plaintiff,                  )   [Filed October 16, 2007]
14                                  )
        v.                          )
15                                  )
                                    )
16 EMMANUEL EJIKE ANYANWU and       )
   LINDA NGOZI ASHIEGBU,            )
17                                  )
                                    )
18      DefendantS.                 )
   _____)
19                                  )
   UNITED STATES OF AMERICA,        )
20                                  )
        Plaintiff,                  )   No. CR 07-0677 SI
                                    )   [Filed October 25, 2007]
21      v.                          )
                                    )   NOTICE OF RELATED CASE
22 DORIS AKUYOMA ANYANWU and        )   IN A CRIMINAL ACTION and
   ANDREW IHENTUGE ASHIEGBU,        )   [PROPOSED] ORDER
23                                  )
        Defendant.                  )   [San Francisco Venue]
24 _____)

25      The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the
26 Court that the two above-captioned criminal cases are related. The defendants in these two cases
27 are related to each other. Emmanuel Anyanwu, Linda Ashiegbu, and Doris Anyanwu are
28
   NOTICE OF RELATED CASES
   and PROPOSED ORDER
   CR 07-0654 CRB

1  siblings. Andrew Ashiegbu and Linda Ashiegbu are husband and wife. The actions in the
2  above-captioned cases do not involve the same alleged events, occurrences, or transactions of
3  property and thus are not related within the meaning of Local Rule 8-1(b)(1). Nevertheless,
4  given the close familial relationship among the defendants and the fact that they appear to have
5  lived together recently, there exists a strong possibility that all four defendants are aware of–and
6  potentially witnesses to–the criminal conduct charged in the above-captioned cases. In addition,
7  the cases charge the same criminal violations and are likely to have similar motions filed. Based
8  upon these facts, there exists a strong possibility of conflicts among the defendants, as well as the
9  risk of substantial duplication of labor were the cases to be heard by different Judges. The cases
10 are, therefore, related within the meaning of Local Rule 8-1(b)(2).
11     Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that
12 assignment of these cases to a single judge is likely to conserve judicial resources and promote an
13 efficient determination of each action.
14
15 Date: November 1, 2007                           Respectfully Submitted,
                                                    SCOTT N. SCHOOLS
16
17
                                                    _____/s/_____
18                                                  ALLISON MARSTON DANNER
                                                    Assistant United States Attorney
19
20
21                               **[PROPOSED] ORDER**
22     Based upon the notice of the government and pursuant to Local Criminal Rule 8-1, this
23 Court finds that the cases United States v. E. Anyanwu CR 07-0654 CRB and United States v. D.
24 Anyanwu CR 07-0677 SI are related within the meaning of Local Criminal Rule 8-1(b). IT IS
25 \\\
26 \\\
27 \\\
28

NOTICE OF RELATED CASES
and PROPOSED ORDER
CR 07-0654 CRB                               2

1  HEREBY ORDERED that the Clerk of the Court relate these cases and reassign CR 07-0677 to
2  this Court.
3
4  DATED: _____              _____
                                       CHARLES R. BREYER
5                                      United States District Judge

28 NOTICE OF RELATED CASES
   and PROPOSED ORDER
   U.S. v. E. ANYANWU
   CR 07-0654 CRB                        3