SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7144
FAX: (415) 436-7234
Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0677 CRB |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER EXCLUDING TIME FROM |
| ) | SPEEDY TRIAL ACT CALCULATION |
| DORIS AKUYOMA ANYANWU and ) | (18 U.S.C. § 3161(h)(8)(A)) |
| ANDREW IHENTUGE ASHIEGBU, ) | |
| ) | |
| Defendants. ) | |

By mutual agreement, and with the consent of defendant Andrew Ashiegbu, the parties request that this Court enter this proposed order excluding time from November 12, 2007 through December 5, 2007 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). The parties agree as follows:

1. Defendant Andrew Ihentuge Ashiegbu (hereinafter "Ashiegbu") was indicted on October 25, 2007, and he made his initial appearance before this Court on November 1, 2007. On November 13, 2007, this Court appointed defense counsel to represent Ashiegbu, and Ashiegbu entered a plea of not guilty. That same day, this Court scheduled an initial appearance before the District Court in this matter on December 5, 2007. Defendant Doris Akyuoma

STA Stipulation
CR 07-0677 CRB

Anyanwu is the subject of an outstanding arrest warrant and has not yet been located.  Discovery has not yet been provided in the case.

     2.    Defendant Ashiegbu and his counsel and the United States have agreed to request an exclusion of time under the Speedy Trial Act from this Court.  The parties believe that failure to grant the requested continuance would unreasonably deny defense counsel time necessary for effective preparation, taking into account the exercise of due diligence, in this case   Accordingly, the parties request that this Court find that the ends of justice served by excluding the period from November 13, 2007 through December 5, 2007 from Speedy Trial Act calculations outweigh the best interest of the public and the defendant in a speedy trial.18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

     IT IS SO STIPULATED.

DATED: November 20, 2007                        _____/s/_____
                                                            JAMES PHILLIP VAUGHNS
                                                            Attorney for Defendant Andrew Ashiegbu

DATED: November 20, 2007                        _____/s/_____
                                                            ALLISON MARSTON DANNER
                                                            Assistant United States Attorney

**IT IS SO ORDERED**.  Based on the parties' stipulation and for good cause, the Court orders that the time from November 12, 2007  to December 5, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), as the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

DATED:_____              _____
                                                         BERNARD ZIMMERMAN
                                                         United States Magistrate Judge