SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7144
   FAX: (415) 436-7234
   Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0677 CRB |
|     Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER EXCLUDING TIME FROM |
| ) | SPEEDY TRIAL ACT CALCULATION |
| DORIS AKUYOMA ANYANWU and ) | (18 U.S.C. § 3161(h)(8)(A)) |
| ANDREW IHENTUGE ASHIEGBU, ) | |
| ) | |
|     Defendants. ) | |

    With the agreement of the parties in open court, and with the consent of defendant Doris Anyanwu, the Court enters this order documenting exclusion of time from November 28, 2007 through December 5, 2007 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). The parties agree, and the Court finds and holds, as follows:

    1.    Defendant Doris Anyanwu (hereinafter "Anyanwu") was indicted on October 25, 2007, and she made her initial appearance before this Court on November 26, 2007. On November 28, 2007, this Court appointed defense counsel to represent Anyanwu, and defendant then entered a plea of not guilty. That same day, this Court scheduled an initial appearance before the District Court in this matter on December 5, 2007. Discovery has not yet been

STA Stipulation
CR 07-0677 CRB

1 | provided in the case.

2 |     2.    At the appearance on November 28, 2007, Defendant Anyanwu agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel time necessary for effective preparation, taking into account the exercise of due diligence, in this case   Accordingly, this Court found that the ends of justice served by excluding the period from November 28, 2007 through December 5, 2007 from Speedy Trial Act calculations outweigh the best interest of the public and the defendant in a speedy trial.18 U.S.C. § 3161(h)(8)(A) & (B)(iv). This Court ordered that this period be excluded from Speedy Trial Act calculations. *Id.*

    IT IS SO STIPULATED.

DATED: November 30, 2007          \s\
                                                             JULIA M. JAYNE
                                                              Attorney for Defendant Doris Anyanwu

DATED: November 30, 2007          \s\
                                                             ALLISON MARSTON DANNER
                                                             Assistant United States Attorney

    IT IS SO ORDERED.

DATED: _____                   _____
                                                             BERNARD ZIMMERMAN
                                                             United States Magistrate Judge