PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Bernard Zimmerman<br>U.S. Magistrate Judge | RE: | Anyanwu, Doris |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR-07-0677 |
| DATE: | December 27, 2007 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| | |
|---|---|
| Rich Sarlatte | 415-436-7508 |
| U.S. Pretrial Officer Specialist | TELEPHONE NUMBER |

RE:     MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

    I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

    Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

    Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

    I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

**Modification(s)**

A.

B.

Bail Revoked/Bench Warrant Issued.

I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

Other Instructions:

_____
JUDICIAL OFFICER                            2-1-08
                                                                            DATE

Cover Sheet (12/03/02)