JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail:     jjayne@campbelljayne.com
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone:    (415) 623-3600
Facsimile:     (415) 623-3605

Attorneys for Defendant
DORIS ANYANWU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR 07-0677 CRB |
|---|---|
| Plaintiff, | **_EX PARTE_ APPLICATION FOR ORDER PERMITTING LOCAL TRAVEL** ~~[Proposed]~~ **Order** |
| v. | |
| DORIS ANYANWU, et al., | |
| Defendants. | |

I, Julia Mezhinsky Jayne, declare:

1.    I represent Defendant Doris Anyanwu in the above-entitled matter. She is currently released on an unsecured bond and is on electronic monitoring. She would like to attend her own baby shower in the East Bay on February 16, 2008, from 7:00 p.m. to 11:00 p.m.

2.    I have spoken with Pretrial Services Officer Rich Sarlatte, who monitors and supervises Ms. Anyanwu. He did not express an objection, but advised that Ms. Anyanwu must seek permission from the Court in order to attend this baby shower.

3.    I have also spoken with AUSA Allison Danner, who informed me that she has no objection to the requested local travel.

4.    Based on the foregoing, I respectfully request that the conditions of Ms. Anyanwu's release may be modified so that she may be permitted to attend this baby shower on February 16, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.

Dated: January 16, 2008

/S/_____

Julia Mezhinsky Jayne

Attorney for Defendant

Doris Anyanwu

## ORDER

Based on the foregoing, and good cause appearing:

    IT IS HEREBY ORDERED that the conditions of Defendant Doris Anyanwu's release shall be modified so that she may attend her baby shower in the East Bay on February 16, 2008 from 7:00 p.m. – 11:00 p.m.; and

    IT IS FURTHER ORDERED that Defendant Anyanwu shall provide to Pretrial Services information regarding this local travel to and from the baby shower and shall otherwise comply with any other conditions imposed by Pretrial Services in connection with this request.

**IT IS SO ORDERED.**

DATED:    January 16, 2008

_____
Charles R. Breyer
United States District Court Judge

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED / Judge Charles R. Breyer]*