| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **January 16, 2008**

Reporter**: Kelly Bryce**

**Case No:** CR-07-0654- CRB         **DEFT:**   LINDA ASHIEGBU
**Case No:** CR-07-0677- CRB         **DEFT:**   ANDREW ASHIEGBU, DORIS ANYANWU
                                                            (X)Present

AUSA:  Allison Danner                                         DEF ATTY:  Steve Kalar, Julia Jayne

**REASON FOR HEARING**   Status Conference

**RESULT**   Held, time excluded from 1/16/2008 to 2/13/2008 for effective preparation of counsel.

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** February 13, 2008 @ 2;15 p.m.   **for** Status Conference

**JUDGMENT**

Notes: