JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail: *jjayne@campbelljayne.com*
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
DORIS ANYANWU

LAW OFFICES
CAMPBELL & JAYNE LLP
350 SANSOME STREET, SUITE 650
SAN FRANCISCO, CALIFORNIA 94104

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DORIS ANYANWU, et al.,<br>Defendants. | CASE NO. CR 07-0677 CRB<br>***EX PARTE* APPLICATION FOR ORDER PERMITTING LOCAL TRAVEL AND MODIFICATIONS TO RELEASE CONDITIONS**<br>**[Proposed] Order** |

I, Julia Mezhinsky Jayne, declare:

1. I represent Defendant Doris Anyanwu in the above-entitled matter. She is currently released on an unsecured bond and is on electronic monitoring. The purpose of this request is to request a few minor modifications to Ms. Anyanwu's release.

2. Ms. Anyanwu is pregnant with twins. Her due date is April 2, 2008. Ms. Anyanwu requests permission to interact with her only sister, Linda Ashiegbu, for the purpose of having Ms. Ashiegbu assist with the caretaking of Ms. Anyanwu's new twins once they are born, especially since it is anticipated that Ms. Anyanwu will undergo a C-section. Ms. Anyanwu will not discuss the pending criminal case against her or against Ms. Ashiegbu and the sole purpose of their interactions will be child care-related.

4. Finally, Ms. Anyanwu requests that this Court permit her to attend a TOEFL exam on Saturday, February 23, 2008 at 12 p.m., located in Hayward, CA. This class is important for Ms. Anyanwu's professional nursing license.

LAW OFFICES
CAMPBELL & JAYNE LLP
350 SANSOME STREET, SUITE 650
SAN FRANCISCO, CALIFORNIA 94104

2. I have spoken with Pretrial Services Officer Rich Sarlatte, who monitors and supervises Ms. Anyanwu. He did not express an objection to any of the above requests, but advised that Ms. Anyanwu must seek permission from the Court.

3. I have also spoken with AUSA Allison Danner, who informed me that she has no objection to Ms. Anyanwu attending the TOEFL exam and she does not object to Ms. Anyanwu having contact with Ms. Ashiegbu for child-care purposes.

4. Based on the foregoing, I respectfully request that the conditions of Ms. Anyanwu's release may be modified so that she may be permitted to attend the exam on February 23 and that a condition of her release be modified to allow interaction with Ms. Ashiegbu.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 20, 2008

/S/
Julia Mezhinsky Jayne
Attorney for Defendant
Doris Anyanwu

**ORDER**

Based on the foregoing, and good cause appearing:

IT IS HEREBY ORDERED that the conditions of Defendant Doris Anyanwu's release shall be modified as follows:

1. Ms. Anyanwu may have contact with her sister, Linda Ashiegbu, for child care-related matters, though may not discuss either of their pending criminal cases; and

3. Ms. Anyanwu may attend her TOEFL exam on February 23, 2008 in Hayward, CA.

IT IS FURTHER ORDERED that Defendant Anyanwu shall provide to Pretrial Services information regarding this local travel and shall otherwise comply with any other conditions imposed by Pretrial Services in connection with this request.

**IT IS SO ORDERED.**

DATED:

Charles R. Breyer
United States District Court Judge

LAW OFFICES
CAMPBELL & JAYNE LLP
350 SANSOME STREET, SUITE 650
SAN FRANCISCO, CALIFORNIA 94104