JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail:    jjayne@campbelljayne.com
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone:    (415) 623-3600
Facsimile:    (415) 623-3605

Attorneys for Defendant
DORIS ANYANWU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR 07-0677 CRB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER PERMITTING LOCAL TRAVEL AND MODIFICATIONS TO RELEASE CONDITIONS** |
| v. | |
| DORIS ANYANWU, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, and with the consent of Defendant Doris Anyanwu that the conditions of Ms. Anyanwu's release may be modified so that she may be permitted to attend a TOEFL exam on February 23, 2008 in Hayward, California, and that a condition of her release be modified to now allow interaction with Linda Ashiegbu for child care-related purposes.

DATED: February 21, 2008        Campbell & Jayne LLP


By:     /s/ Julia Mezhinsky Jayne
        JULIA MEZHINSKY JAYNE
        Attorneys for Defendant
        DORIS ANYANWU

DATED: February 21, 2008        UNITED STATES ATTORNEY'S OFFICE


By:     /s/ Allison Danner
        ALLISON DANNER
        Attorneys for Plaintiff
        UNITED STATES OF AMERICA

**ORDER**

**IT IS SO ORDERED.**

DATED: _____

_____
MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE