1  JULIA MEZHINSKY JAYNE (State Bar No. 202753)
   E-Mail:     jjayne@campbelljayne.com
2  CAMPBELL & JAYNE LLP
   350 Sansome Street, Suite 650
3  San Francisco, California 94104
   Telephone:  (415) 623-3600
4  Facsimile:  (415) 623-3605

5  Attorneys for Defendant
   DORIS ANYANWU

**FILED**

FEB 2 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR 07-0677 CRB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER PERMITTING LOCAL TRAVEL AND MODIFICATIONS TO RELEASE CONDITIONS |
| v. | |
| DORIS ANYANWU, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, and with the consent of Defendant Doris Anyanwu that the conditions of Ms. Anyanwu's release may be modified so that she may be permitted to attend a TOEFL exam on February 23, 2008 in Hayward, California, and that a condition of her release be modified to now allow interaction with Linda Ashiegbu for child care-related purposes.

Case No. CR 07-0677
STIPULATION AND ORDER PERMITTING LOCAL TRAVEL

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: February 21, 2008 | Campbell & Jayne LLP |
| 3 | | |
| 4 | | By: _____/s/ Julia Mezhinsky Jayne_____ |
| 5 | | JULIA MEZHINSKY JAYNE<br>Attorneys for Defendant |
| 6 | | DORIS ANYANWU |
| 7 | DATED: February 21, 2008 | UNITED STATES ATTORNEY'S OFFICE |

By: _____/s/ Allison Danner_____
ALLISON DANNER
Attorneys for Plaintiff
UNITED STATES OF AMERICA

**ORDER**

IT IS SO ORDERED.

DATED: 2-22-08

_____
MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

Law Offices
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104