| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **March 26, 2008**

Reporter**: Belle Ball**

| | |
|---|---|
| Case No: **CR-07-0654-CRB**<br>related case<br>Case No: **CR-07-0677 CRB** | DEFT:   **LINDA ASHIEGBU**<br><br>**ANDREW ASHIEGBU, DORIS ANYANWU**<br>(X)Present |
| AUSA:  Allison Danner<br>USPO: | DEF ATTY: Steve Kalar, Phil Vaughn, Julia Jayne |

**REASON FOR HEARING**   Status Conference

**RESULT**   Government to file letter with attached documents by 4/07/2008, defendant's responses by 4/18/2008.  Time excluded from 3/26/2008 to 4/23/2008.

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** April 23, 2008 @ 2:15 p.m.   **for** Status Conference

**JUDGMENT**

Notes: