JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail:    jjayne@campbelljayne.com
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone:    (415) 623-3600
Facsimile:    (415) 623-3605

Attorneys for Defendant
DORIS ANYANWU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DORIS ANYANWU, et al.,<br><br>    Defendants. | CASE NO. CR 07-0677 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING RELEASE CONDITIONS** |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, and with the consent of Defendant Doris Anyanwu that the conditions of Ms. Anyanwu's release may be modified as follows: she may freely travel within a 30-mile radius of her home between the hours of 7:00 a.m.- 7:00 p.m. without prior any prior permission from her pretrial services officer. The Defendant will continue to obtain permission from pretrial services to travel outside the 30-mile radius for court, attorney visits, and the like.

The purpose of this modification is to allow Ms. Anyanwu to better care for her newborn twins. Pretrial Services Officer Rich Sarlatte does not object to this modification, nor does Assistant United States Attorney Allison Danner. Ms. Anyanwu will remain on the ankle monitor despite this modification.

DATED: March 27, 2008          Campbell & Jayne LLP

By:     /s/ Julia Mezhinsky Jayne
          JULIA MEZHINSKY JAYNE
Attorneys for Defendant
DORIS ANYANWU

DATED: March 27, 2008          UNITED STATES ATTORNEY'S OFFICE

By:     /s/ Allison Danner
          ALLISON DANNER
Attorneys for Plaintiff
UNITED STATES OF AMERICA

**ORDER**

**IT IS SO ORDERED.**

DATED:

_____

BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE