JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 07-00677 CRB |
|---|---|---|
| Plaintiff, | ) | UNITED STATES' LIST OF RELEVANT DOCUMENTS |
| v. | ) | |
| D. ANYANWU & A. ASHIEGBU, | ) | Hearing Date: April 23, 2008 |
| Defendant. | ) | Time: 2:15 p.m. |
| | ) | Court: The Hon. Charles R. Breyer |

DATED: April 4, 2008

                                          Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                          /s/ Allison M. Danner
                                          ALLISON M. DANNER
                                          Assistant United States Attorney

# UNITED STATES' LIST OF RELEVANT DOCUMENTS
## UNITED STATES OF AMERICA v. ANDREW ASHIEGBU & DORIS ANYANWU
### CR 07-00677 CRB

| DOCUMENT NUMBER | WHERE OBTAINED | DESCRIPTION |
|---|---|---|
| 1 | Immigration ("A") File D. Anyanwu | Letter from Doris Anyanwu to Immigration re Notice of Appeal, 12/25/06 (ASH1026-28) |
| 2 | Immigration ("A") File D. Anyanwu | Letter from Immigration to Doris Anyanwu re Denial of Application, 12/1/06 (ASH1021-25) |
| 3 | Immigration ("A") File D. Anyanwu | Letter from Doris Anyanwu to Immigration re Denial, 11/6/06 (ASH1018-1019) |
| 4 | Immigration ("A") File D. Anyanwu | Letter from Immigration to Doris Anyanwu re Intent to Deny Application, 11/11/06 (ASH1011-15) |
| 5 | Immigration ("A") File D. Anyanwu | Immigration Officer Interview Notes, 10/3/06 (ASH1007-09) |
| 6 | Immigration ("A") File D. Anyanwu | Form I-687, Application for Status as a Temporary Resident, Doris Anyanwu, 12/5/05 (ASH894-904) |
| 7 | Immigration ("A") File D. Anyanwu | Documents re I-140 Withdrawal by Star Nursing for Doris Anyanwu, 8/07 (ASH1092-94) |
| 8 | Immigration ("A") File D. Anyanwu | Letter from Immigration to Doris Anyanwu re Notice of Decision, 12/12/05 (ASH1097-98) |
| 9 | Immigration ("A") File D. Anyanwu | Letter from Immigration to Doris Anyanwu re Notice of Decision, 12/12/05 (ASH1099) |
| 10 | Immigration ("A") File D. Anyanwu | I-131 Application from Doris Anyanwu, 3/27/05 (ASH1100-1106) |
| 11 | Immigration ("A") File D. Anyanwu | Letter from Immigration to Star Nursing re Intent to Deny I-140 for Doris Anyanwu, 1/20/05 (ASH1107-09) |
| 12 | Immigration ("A") File D. Anyanwu | Response to Immigration from Star Nursing re Intent to Deny and Supporting Docs, 2/14/05 (ASH1110-1234) |
| 13 | Immigration ("A") File D. Anyanwu | Form I-140 filed by Star Nursing for Doris Anyanwu and Supporting Docs, 7/22/04 (ASH1235-1248) |
| 14 | Immigration ("A") File D. Anyanwu | Form I-485, Application to Register Permanent Resident Status, Doris Anyanwu (ASH1249-52) |

| 15 | Immigration ("A") File D. Anyanwu | Form G-325A, Biographic Information, Doris Anyanwu, 7/21/04 (ASH1253-56) |
|---|---|---|
| 16 | Immigration ("A") File D. Anyanwu | Form I-131, Doris Anyanwu, 7/21/04 (ASH1257-60) |
| 17 | Immigration ("A") File D. Anyanwu | BIA Decision re Doris Anyanwu I-130 Denial, 1/14/05 (ASH1263) |
| 18 | Immigration ("A") File D. Anyanwu | Documents re Appeal of BIA I-130 Denial (ASH 1264-76) |
| 19 | Immigration ("A") File D. Anyanwu | Denial of I-130 Application, Morgan Chindah, 10/9/03 (ASH1279-81) |
| 20 | Immigration ("A") File D. Anyanwu | INS Interview Notes re I-130 Interview (ASH1283-92) |
| 21 | Immigration ("A") File D. Anyanwu | Affidavit re Entry into US in 2000, Doris Anyanwu, 10/3/06 (ASH1296) |
| 22 | Immigration ("A") File D. Anyanwu | Choice Point Printout Morgan Chindah (ASH1305) |
| 23 | Immigration ("A") File D. Anyanwu | Choice Point Printout Doris Anyanwu (ASH1306) |
| 24 | Immigration ("A") File D. Anyanwu | I-130 Application (Petition for Alien Relative) filed by Morgan Chindah for wife, Doris Anyanwu (ASH1329-1332) |
| 25 | Immigration ("A") File D. Anyanwu | G-325A, Biographic Information, Doris Anyanwu (Filed with I-130 Application) (ASH1334) |
| 26 | Immigration ("A") File D. Anyanwu | G-325A, Biographic Information, Doris Anyanwu (Filed with I-130 Application), 4/23/01 (ASH1334) |
| 27 | Immigration ("A") File D. Anyanwu | G-325A, Biographic Information, Morgan Chindah (Filed with I-130 Application), 4/23/01 (ASH13345) |
| 28 | Immigration ("A") File D. Anyanwu | Passport from Federal Republic of Nigeria, Doris Anyanwu, Page 1 (ASH1338) |
| 29 | Immigration ("A") File D. Anyanwu | Form I-485, Application to Register Permanent Resident, Doris Anyanwu, 4/24/01 (ASH1409-1415) |
| 30 | Immigration ("A") File A. Ashiegbu | N-400 Application Filed by Andrew Ashiegbu, 12/18/92 (ASH1534-39) |
| 31 | Immigration ("A") File A. Ashiegbu | Certificate of Naturalization, Andrew Ashiegbu, ASH1552 |

| 32 | Immigration ("A") File A. Ashiegbu | Form I-130, Petition for Alien Relative, Filed by Sharon Ashiegbu for Andrew Ashiegbu and Supporting Docs (ASH1556, 58-66) |
|---|---|---|
| 33 | Immigration ("A") File A. Ashiegbu | Form G-325A, Biographic Information Form, Andrew Ashiegbu, 7/13/86 (ASH1567) |
| 34 | Immigration ("A") File A. Ashiegbu | Lease Agreement, Utica Avenue Apartment, 6/7/86 (ASH1569-70) |
| 35 | Immigration ("A") File A. Ashiegbu | I-485, Application for Status as Permanent Resident, Andrew Ashiegbu, 7/13/86 (ASH1583-1590) |
| 36 | Immigration ("A") File D. Anyanwu | Affidavit from KM[1] in Support of I-687 for Doris Ashiegbu and accompanying docs (ASH0905-912) |
| 37 | Provided by KM | Sworn Statement of KM given to ICE Agent Lesley Brown, 5/21/07 (ASH913-14) |
| 38 | Immigration ("A") File D. Anyanwu | Affidavit from Andrew Ashiegbu in Support of I-687 for Doris Ashiegbu and accompanying docs, 2/6/06 (ASH0923-37) |
| 39 | Immigration ("A") File D. Anyanwu | "Statement of Evidence" by Andrew Ashiegbu (ASH938) |
| 40 | Supplied by Oral Roberts | Brochure from Oral Roberts University re International Ministries (ASH939-44) |
| 41 | Immigration ("A") File D. Anyanwu | Envelope from doctor's office (ASH963) |
| 42 | Immigration ("A") File D. Anyanwu | Affidavit from Emannuel Anyanwu in Support of I-687 for Doris Ashiegbu and accompanying docs (ASH0996-1001) |
| 43 | Immigration ("A") File D. Anyanwu | Affidavit from Linda Ashiegbu in Support of I-687 for Doris Ashiegbu and accompanying docs, 2/6/06 (ASH0967-74) |
| 44 | Immigration ("A") File D. Anyanwu | Letter from Immigration to Doris Anyanwu, re Request for Evidence, 6/17/05 (ASH1095-1096) |
| 45 | Immigration ("A") File D. Anyanwu | Immigration Record, Arrival and Departure of Alice Anyanwu, 2000-2002 (ASH949) |

---

[1] References to "KM" in this document are to the victim of the marriage fraud in case CR 07-0654 CRB. The victim's true name is contained on the discovery that has been provided to defense counsel. The government's belief in this case is that the documents that appear under the name "KM" were not, in fact, submitted by her.

| 46 | Plover Court Search Warrant | Nonimmigrant Visa Application, Alice Anyanwu (ASH945-46) |
|----|----|----|
| 47 | Consular Database | Consular Record, Alice Anyanwu, 2000 (ASH947-49) |