## COVER SHEET

**TO:** Honorable Charles R. Breyer  
U.S. District Judge

**RE:** Doris Anyanwu

**FROM:** Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

**DOCKET NO.:** CR 07-00677 CRB

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Rich Sarlatte  
U.S. Pretrial Services Officer

415 436-7508  
TELEPHONE NUMBER

**RE: 60 DAY SUPERVISION STATUS UPDATE FOR DEFENDANT ON ELECTRONIC MONITORING**

**DATE:** May 28, 2008

The U.S. Pretrial Services Agency provides the releasing U.S. Magistrate Judge a supervision status update every 60 days for each defendant released with a condition of electronic monitoring (including GPS). The attached memorandum is being provided to Your Honor for informational purposes only. Please indicate below if Your Honor does not wish to receive a copy of future updates. Thank you.

[X] I do not wish to receive any future 60 Day Supervision Status Updates for this defendant.

[ ] I do not wish to receive 60 Day Supervision Status Updates for any defendant.

[ ] Other Instructions:

_____  
JUDICIAL OFFICER

DATE: May 29, 2008

Cover Sheet-B (04/16/08)