## PROPOSED ORDER/COVER SHEET

**TO:** Honorable Bernard Zimmerman
U.S. Magistrate Judge

**RE:** Doris Anyanwu

**FROM:** Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

**DOCKET NO.:** CR 07-00677 CRB

**DATE:** May 27, 2008

*E-filing*

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Rich Sarlatte**
**U.S. PRETRIAL SERVICES OFFICER**

**415-436-7508**
**TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

  A. **The defendant shall participate in mental health counseling as directed by Pretrial Services, and contribute to its cost as deemed appropriate by Pretrial Services.**

  B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____          _29 May 08_
JUDICIAL OFFICER                         DATE

Cover Sheet (04/26/08)