JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail:    *jjayne@campbelljayne.com*
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone:    (415) 623-3600
Facsimile:    (415) 623-3605

Attorneys for Defendant
DORIS ANYANWU

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DORIS ANYANWU, et al.,<br><br>Defendants. | CASE NO. CR 07-0677 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE** |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, and with the consent of Defendant Doris Anyanwu, that the hearing for an entry of plea of Doris Anyanwu presently scheduled for August 20, 2008 at 2:15 p.m. be taken off calendar and rescheduled for Wednesday, October 1, 2008 at 2:15 p.m.  This request is being made at the request of Defendant Doris Anyanwu, who requests additional time to receive pretrial services-approved mental health counseling for post-partum depression so that she may be adequately prepared to review, comprehend, and enter into the proposed draft plea agreement and meaningfully participate in the plea colloquy process.

Time shall be excluded between August 20, 2008 and October 1, 2008, to allow defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: August 11, 2008           Campbell & Jayne LLP


                                 By:   /s/ Julia Mezhinsky Jayne
                                       JULIA MEZHINSKY JAYNE
                                 Attorneys for Defendant
                                 DORIS ANYANWU

DATED: August 11, 2008           UNITED STATES ATTORNEY'S OFFICE


                                 By:   /s/ Allison Danner
                                       ALLISON DANNER
                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA


**ORDER**

**IT IS SO ORDERED.**



DATED: _____

                                 _____
                                 CHARLES BREYER
                                 UNITED STATES DISTRICT COURT JUDGE

LAW OFFICES
CAMPBELL & JAYNE LLP
350 SANSOME STREET, SUITE 650
SAN FRANCISCO, CALIFORNIA 94104

2                                                    Case No. CR-07 0677-CRB
STIPULATION AND ORDER TO CONTINUE HEARING DATE