JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail:     jjayne@campbelljayne.com
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone:    (415) 623-3600
Facsimile:    (415) 623-3605

Attorneys for Defendant
DORIS ANYANWU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 07-0677 CRB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE |
| v. | |
| DORIS ANYANWU, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, and with the consent of Defendant Doris Anyanwu, that the hearing for an entry of plea of Doris Anyanwu presently scheduled for August 20, 2008 at 2:15 p.m. be taken off calendar and rescheduled for Wednesday, October 1, 2008 at 2:15 p.m. This request is being made at the request of Defendant Doris Anyanwu, who requests additional time to receive pretrial services-approved mental health counseling for post-partum depression so that she may be adequately prepared to review, comprehend, and enter into the proposed draft plea agreement and meaningfully participate in the plea colloquy process.

Time shall be excluded between August 20, 2008 and October 1, 2008, to allow defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August 11, 2008 | Campbell & Jayne LLP |
| 3 | | |
| 4 | | By: /s/ Julia Mezhinsky Jayne |
| 5 | | JULIA MEZHINSKY JAYNE<br>Attorneys for Defendant |
| 6 | | DORIS ANYANWU |
| 7 | DATED: August 11, 2008 | UNITED STATES ATTORNEY'S OFFICE |
| 8 | | |
| 9 | | By: /s/ Allison Danner<br>ALLISON DANNER |
| 10 | | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

**ORDER**

**IT IS SO ORDERED.**

DATED: August 18, 2008

_____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED, Judge Charles R. Breyer]*

LAW OFFICES
CAMPBELL & JAYNE LLP
350 SANSOME STREET, SUITE 650
SAN FRANCISCO, CALIFORNIA 94104