JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail:     jjayne@campbelljayne.com
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone:   (415) 623-3600
Facsimile:    (415) 623-3605

Attorneys for Defendant
DORIS ANYANWU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR 07-0677 CRB |
|---|---|
| Plaintiff, | ***EX PARTE*** **APPLICATION FOR ORDER PERMITTING LOCAL TRAVEL** [Proposed] Order |
| v. | |
| DORIS ANYANWU, et al., | |
| Defendants. | |

I, Julia Mezhinsky Jayne, declare:

1.    I represent Defendant Doris Anyanwu in the above-entitled matter.  She is currently released on an unsecured bond and is on electronic monitoring.  The purpose of this request is to request several local outings.

2.    Ms. Anyanwu would like permission from the Court to attend weddings on the following dates and locations, all from 7 p.m. to 1 a.m.:

• August 16th in San Francisco, CA.

• August 30th in Pittsburg, CA.

• September 13th in San Pablo, CA.

3.    I have spoken with Pretrial Services Officer Rich Sarlatte, who monitors and supervises Ms. Anyanwu.  He did not express an objection to any of the above requests.

3.    I have also spoken with AUSA Allison Danner, who informed me that she has no objection to Ms. Anyanwu attending these weddings.

Case No. CR 07-0677
EX PARTE APPLICATION FOR ODER PERMITTING LOCAL TRAVEL

4. Based on the foregoing, I respectfully request that the conditions of Ms. Anyanwu's release may be modified so that she may be permitted to attend these three local weddings from 7 p.m. to 1 a.m.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 12, 2008                                       /S/_____

Julia Mezhinsky Jayne
Attorney for Defendant
Doris Anyanwu

## ORDER

Based on the foregoing, and good cause appearing:

IT IS HEREBY ORDERED that the conditions of Defendant Doris Anyanwu's release shall be modified as follows:

Ms. Anyanwu may attend weddings on the following dates and locations, all from 7 p.m. to 1 a.m.:

- August 16th in San Francisco, CA.
- August 30th in Pittsburg, CA.
- September 13th in San Pablo, CA.

IT IS FURTHER ORDERED that Defendant Anyanwu shall provide to Pretrial Services information regarding this local travel and shall otherwise comply with any other conditions imposed by Pretrial Services in connection with this request.

**IT IS SO ORDERED.**

DATED: August 12, 2008                         _____
                                               Charles R. Breyer
                                               United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]*

*Law Offices: CAMPBELL & JAYNE LLP, 350 Sansome Street, Suite 650, San Francisco, California 94104*