IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0677 CRB |
| Plaintiff, | **[PROPOSED] VERDICT FORM** |
| v. | |
| ANDREW IHENTUGE ASHIEGBU and DORIS AKUYOMA ANYANWU, | |
| Defendants. _____/ | |

### **DORIS ANYANWU**

We, the members of jury in the above-entitled action find the defendant, Doris Anyanwu:

1. _____ (NOT GUILTY/GUILTY), of the charge of making a false statement in an immigration document in violation of Section 1546(a) of Title 18 of the United States Code.

2. _____ (NOT GUILTY/GUILTY), of the charge of making a false statement to an agency of the United States in violation of Section 1001 of Title 18 of the United States Code by stating on or about October 3, 2006 that she lived with Andrew Ashiegbu between 1981 and 1989 in Tulsa, Oklahoma.

3. _____ (NOT GUILTY/GUILTY), of the charge of conspiring to make false statements to an agency of the United States in violation of Section 371 of Title 18 of the United States Code.

## **ANDREW ASHIEGBU**

We, the members of jury in the above-entitled action find the defendant, Andrew Ashiegbu:

1. _____ (NOT GUILTY/GUILTY), of the charge of making a false statement in an immigration document in violation of Section 1546(a) of Title 18 of the United States Code.

2. _____ (NOT GUILTY/GUILTY), of the charge of conspiring to make false statements to an agency of the United States in violation of Section 371 of Title 18 of the United States Code.

DATED: _____

_____
FOREPERSON