**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DORIS ANYANWU,<br><br>    Defendant.<br>_____/ | No. CR 07-00677 CRB<br><br>**ORDER CONTINUING SURRENDER DATE** |

Doris Anyanwu's date of surrender is continued from May 20, 2009 to noon on May 28, 2009, on the condition that defendant appear before the Honorable Charles R. Breyer on May 27, 2009 at 2:15 p.m. in Courtroom 8, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: May 20, 2009

                                                  /s/
                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE